# United States District Court
## for
## Western District of Tennessee



05 JUN 16 AM 11: 31

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. Rick L. Wood

**Docket No. 04-20390-01-B**

### Petition for Action on Conditions of Pretrial Release

COMES NOW PRETRIAL SERVICES OFFICER Murray Fullner presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable Diane K. Vescovo sitting in the court at Memphis, Tennessee, on the 20th day of September, 2004, under the following conditions:

1) Report to Pretrial Services as directed, 2) Refrain from any unlawful possession or use of a controlled substance, 3) Submit to substance abuse testing as directed by Pretrial Services, 4) Participate in drug treatment (if deemed advisable by Pretrial Services), and 5) Defendant shall notify current and future employer of pending charges if there is access to personal identity or loan information

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Rick Wood has violated conditions of pretrial release as follows:

**Report as directed by the Pretrial Services Office**
As previously reported, Rick Wood failed to report to his supervising officer in Little Rock, Arkansas, by telephone on December 30th and in person on January 11th.

**Refrain from any unlawful possession or use of a controlled substance**
Rick Wood tested positive for methamphetamine and amphetamine on January 25th, March 22nd, April 4th, and most recently on May 24th.

**Submit to drug testing as required by the supervising officer**
After having been instructed not to over consume liquid prior to drug testing, Rick Wood submitted urinalysis specimens on January 25th, February 1st, February 9th, March 29th, May 2nd, and May 31st which were each determined by laboratory results to be dilute. Defendant Wood failed to produce urinalysis specimens as required on January 24th, March 4th, March 21st, April 29th, and May 10th.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant so that Rick Wood may appear and show cause as to why his pretrial release should not be revoked.

Bond Recommended: NONE

ORDER OF COURT

Considered and ordered this 15th day of June, 2005, and ordered filed and made a part of the records in the above case.

_Diane K. Vescovo_
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6/16/05

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2005

_Murray Fullner_
Supervisory U.S. Pretrial Services Officer

Place   Memphis, Tennessee

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:04-CR-20390 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Edward W. Chandler
LAW OFFICE OF EDWARD CHANDLER
617 Don Quixote
Mountain Home, AR 72653

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sara F. Merritt
LAW OFFICE OF SARA F. MERRITT
3109 Kiehl Ave.
Sherwood, AR 72120

Honorable J. Breen
US DISTRICT COURT