**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT TENNESSEE**

THOMAS M. GOULD
CLERK OF COURT

MEMPHIS (901) 495-1200
FAX (901) 495-1250
JACKSON (731) 421-9200
FAX (731) 421-9210

DATE:   July 14, 2005

NOTICE TO ALL PARTIES

RE:     CRIMINAL CASE NO.   04-20390-B
        UNITED STATES OF AMERICA vs. RICK L. WOOD

___     RULE 20 (Consent to Transfer of Case for Plea and Sentence)

XX_     RULE 40 DOCUMENTS (Rule 5.1 Proceedings)

Documents, as to the above-named defendant, have been received from the USDC, Eastern District of Arkansas, on July 14, 2005. Please refer to document #89 in the case record.

Sincerely,

THOMAS M. GOULD
Clerk of Court

BY: *Earlene Grayer*
    Deputy Clerk

cc: Mag. Judge Casemgr.

242 FEDERAL BUILDING
167 N. MAIN STREET
MEMPHIS, TENNESSEE 38103

262 FEDERAL BUILDING
111 S. HIGHLAND
JACKSON, TENNESSEE 38301



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:04-CR-20390 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Edward W. Chandler
LAW OFFICE OF EDWARD CHANDLER
617 Don Quixote
Mountain Home, AR 72653

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sara F. Merritt
LAW OFFICE OF SARA F. MERRITT
3109 Kiehl Ave.
Sherwood, AR 72120

Honorable J. Breen
US DISTRICT COURT