IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-20390B |
| | ) | |
| RICK L. WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER AMENDING BOND

On July 13, 2005, the defendant, Rick Wood, appeared in court for an initial appearance on a charge of violation of the terms and conditions of his pretrial release. The government requested his bond be revoked. The defendant was advised of his right to have a bond revocation/detention hearing.

In accordance with 18 U.S.C. § 3148 of the Bail Reform Act, a bond revocation/detention hearing was held on July 27, 2005. After consultation with counsel, the defendant requested that he be allowed to participate in a residential drug treatment program at Serenity Park in Little Rock, Arkansas beginning August 15, 2005. The defendant requested that he be allowed to remain on his present bond until admitted to Serenity Park. The government concurred.

Based on statement of counsel at the hearing, the court concludes that the defendant is in need of a residential drug

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-28-05

treatment program. The Order Setting Conditions of Release ("Order") entered September 20, 2004, is amended to include the following condition effective immediately: Defendant shall participate in a residential drug treatment program at Serenity Park in Little Rock, Arkansas, beginning August 15, 2005. All other conditions of release previously imposed remain in effect. The petition to revoke the bond is denied at this time.

IT IS SO ORDERED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: July 27, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:04-CR-20390 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Edward W. Chandler
LAW OFFICE OF EDWARD CHANDLER
617 Don Quixote
Mountain Home, AR 72653

Sara F. Merritt
LAW OFFICE OF SARA F. MERRITT
3109 Kiehl Ave.
Sherwood, AR 72120

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT