**IN THE UNITED STATES DISTRICT COURT** FILED BY ___ D.C.
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION** 05 NOV 26 PM 2: 38

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | CR. NO. 04-20390-B |
| | ) | |
| RICK L. WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

---

### ORDER EXTENDING SURRENDER DATE

---

Before the Court is Defendant's Motion To Modify Surrender Order, filed November 23, 2005. The defendant, through counsel, Edward Chandler, seeks to extend the surrender through January 5, 2006.

It is ORDERED that the Defendant's motion is hereby GRANTED. The Defendant, Rick L. Wood, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI Memphis SCP, 1101 John A. Denie Road, Memphis, Tennessee, 38134** by **2:00 p.m.** on **FRIDAY, JANUARY 6, 2006.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he/she has received a copy of this Order, and that he/she will report as ordered to the facility named above.

**ENTERED** this the 28 day of November, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-28-05

(114)

## ACKNOWLEDGEMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

**Signed and acknowledged before me on** _____

_____                    _____
**Clerk/Deputy Clerk**                                              **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:04-CR-20390 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edward W. Chandler
LAW OFFICE OF EDWARD CHANDLER
617 Don Quixote
Mountain Home, AR 72653

Sara F. Merritt
LAW OFFICE OF SARA F. MERRITT
3109 Kiehl Ave.
Sherwood, AR 72120

Honorable J. Breen
US DISTRICT COURT